UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
JOSE A. SUAREZ,                    :
                                   :   Civil Action No. 07-1888 (RBK)
            Petitioner,            :
                                   :
      v.                           :            **O R D E R**
                                   :
CHARLES E. SAMUELS, JR.,           :
                                   :
            Respondent.            :
_____:

    For the reasons set forth in this Court's Opinion filed herewith;

    IT IS ON THIS ___27th___ day of ___August___, 2007;

    ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is hereby DENIED; and it is further

    ORDERED that Petitioner's motion for a temporary restraining order (docket entry 6) is hereby DENIED; and it is further

    ORDERED that the Clerk of the Court shall close this case.


                                              S/Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Court